433 A.2d 117

Commonwealth v. Scherf, Appellant.

 Argued December 2, 1980. Michael Yanoff, for appellant; David McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Order affirmed on the opinion of the lower court.